# THIRTY DAY NOTICE

**FROM:**
HORING WELIKSON & ROSEN, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596
Tel. (516) 535-1799

**TO:** OLESSIA RAZILOVA

12/08/2017

   **TAKE NOTICE** that the above named firm, Horing Welikson & Rosen, P.C., has been retained to attempt to collect a debt consisting of rent arrears allegedly owed to 1270 REALTY CO. LLC (who is referred to elsewhere in this notice as "Creditor") totaling $2103.92, and that any information obtained will be used for that purpose.

   As of this date no attorney with the above named law firm has personally reviewed the particular circumstances of the account that is addressed by this communication.

   The above named creditor claims that you owe rent arrears as specified in this notice. Unless you, within thirty (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by us. If you notify us, in writing, within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and a copy of such verification will be mailed to you by us. Upon your written request made within thirty (30) days of the receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

   This advice pertains to your dealings with the above mentioned law firm as a debt collector. This opportunity to dispute the debt is separate from any response that you are required to make or any action you are required to take with respect to any other legal notices you receive. Please respond to any legal notices you may receive within the time frames set forth in those notices. This Notice does not affect your dealings with the Court, and in particular it does not change the time in which you must answer a Nonpayment Notice of Petition and Petition, which is a command from the court, not from this office, and you must follow its instructions even if you dispute the validity or amount of the debt. The advice in this letter also does not affect the above law firm's relations with the Court. As lawyers, we may file papers in the suit according to the Court's rules and the judge's instructions.

9245 - 1270 - 1H   File No  0318

OLESSIA RAZILOVA
1270 EAST 19 ST., APT: 1H
BROOKLYN, NY 11230

# THREE DAY NOTICE

TO:  **OLESSIA RAZILOVA**                                     December 8, 2017

    **1270 EAST 19 ST.**                                   File No. ▮0318
    **APT. 1H**                                            9245 -1270-1H
    **BROOKLYN, NY 11230**

**TENANT(S) OF THE ABOVE PREMISES:**

    **PLEASE TAKE NOTICE** that you are justly indebted to the Landlord of the above described premises in the sum of

**Two Thousand One Hundred Three and 92/100 Dollars**
**($2,103.92)**

for rent of said premises from October 01, 2017 to December 31, 2017 *, which you are required to pay on or before the expiration of three (3) days from the date of service of this Notice, or surrender up the possession of said Premises to the Landlord, in default of which the Landlord will commence summary proceedings under the statute to recover the possession thereof.

```
Dec 17    $1,051.17
Nov 17    $1,051.17
Oct 17        $1.58
```

 

                                                    1270 REALTY CO. LLC
                                                    **LANDLORD**

                                                      BY: _____
                                                     CARLO DIMAGGIO - MEMBER
                                                     P O BOX 392
                                                     GLEN COVE, NY  11542

**PLEASE NOTE:** All responses and inquiries with respect to this Notice should be made directly to your landlord